**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Case No.: 2:07cr95-MHT** |
| | ) | |
| **JAMICA DELWAN LAWSON** | ) | |

**MOTION TO WITHDRAW FEDERAL DEFENDERS**
**AS COUNSEL OF RECORD AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

COMES NOW the Federal Defenders Office and moves to withdraw the office as

Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Jamica

Lawson.

In support of this Motion, counsel states the following:

1.      On August 3, 2007 the Federal Defender Office was appointed to represent Mr.

Lawson with respect to the above- styled case.

2.      A conflict exists between the Federal Defenders Office, Mr. Lawson and a client

of the Federal Defenders Office.

3.      Undersigned counsel requests that on behalf of Mr. Lawson, CJA panel attorney

Dan Hamm, Esquire, be appointed to represent him in all further proceedings in

this case. Mr. Lawson will not be prejudiced by such a change in counsel at this

time.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be

permitted to withdraw from the representation of Mr. Lawson and that CJA Panel Attorney, Dan

Hamm, Esquire be appointed to represent him.

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Case No.: 2:07cr95-MHT** |
| | ) | |
| **JAMICA DELWAN LAWSON** | ) | |

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christa Deegan, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                       Respectfully submitted,


                                       s/ Kevin L. Butler
                                       KEVIN L. BUTLER
                                       First Assistant Federal Defender
                                       201 Monroe Street, Suite 407
                                       Montgomery, Alabama 36104
                                       Phone: (334) 834-2099
                                       Fax: (334) 834-0353
                                       E-mail: kevin_butler@fd.org
                                       AZ Bar Code: 014138