# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v** | ) | **CR. NO. 2:07cr-95-WHA** |
| | ) | |
| **JAMICA DELAWAN LAWSON** | ) | |

## ORDER

Upon consideration of the *Motion to Withdraw Federal Defenders as Counsel of Record and for Appointment of CJA Panel Attorney* (doc. #42) filed by the defendant, it is

**ORDERED** that the motion to withdraw be and is hereby **GRANTED**.

It is further **ORDERED** that CJA Panel Attorney Daniel G. Hamm be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a notice of appearance with this court.

Done this 10th day of August, 2007.

                                                  /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE