# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>JAMICA DELWAN LAWSON, DEFENDANT. | CASE NUMBER<br><br>2:07-CR-95-WHA |

## MOTION TO CONTINUE

**COMES NOW** the defendant, Jamica Delwan Lawson by and through the undersigned counsel and moves this Honorable Court to continue his Trial by stating the following:

1. Defendant's case is set for trial on the September 17, 2007 trial term.

2. Counsel was appointed to represent the Defendant on August 10, 2007.

3. In order to prepare a proper defense, Counsel will need additional time to review the discovery and prepare for trial.

4. Counsel has spoken with the Government and there is no objection to the requested continuance.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will grant the foregoing and continue the Defendant's trial to the next Trial term.

**RESPECTFULLY SUBMITTED** this the 14th day of August, 2007.

/s/ Daniel G. Hamm
―――――――――――――――――
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Continue by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 14th day of August, 2007.

/s/ Daniel G. Hamm
---
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Christa D. Deegan
John T. Harmon
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197