IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr95-WHA |
| ) | |
| JAMICA DELWAN LAWSON ) | |

## **ORDER**

For good cause, it is

ORDERED that a bond revocation hearing be and is hereby set for August 28, 2007 at 12:30 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge.

It is further ORDERED that the defendant is remanded to the custody of the United States Marshal until the hearing and that the person or persons having custody of the defendant shall produce him for said hearing.

DONE this 27th day of August, 2007.

/s/ Wallace Capel, Jr.
_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE