IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr95-WHA |
| | ) | |
| JAMICA DELWAN LAWSON | ) | |

## **ORDER**

On August 28, 2007, a Bond Revocation Hearing was held. During the hearing, the defendant offered to take a polygraph test to offer support to his testimony.

For good cause, it is

ORDERED both defendant, JAMICA DELWAN LAWSON and witness Sequita McWilliams submit to a polygraph test to be arranged by Attorney for the Government. The results of the polygraph test will be provided to the undersigned by September 4, 2007. If the defendant's testimony is supported by the results of the polygraph test, the Government is ORDERED financially responsible for the tests, however, if the defendant's testimony is not supported by the results of the tests, defendant will be held financially responsible for both polygraph tests.

Court will reconvene for the completion of the bond revocation hearing on September 10, 2007 at 2:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge.

It is further ORDERED that the defendant is remanded to the custody of the United States Marshal until the hearing and that the person or persons having custody of the defendant shall produce him for said hearing.

DONE this 29 day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE