IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-95-WHA |
| | ) | |
| JAMICA DELWAN LAWSON | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #58), filed on August 28, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of JAMICA DELWAN LAWSON to HIDTA Special Agents Bret Hamilton, Becky Sparkman and/or Eddie Spivey, on August 29, 2007, through December 31, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Bret Hamilton, Becky Sparkman and/or Eddie Spivey shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 30th day of August, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE