IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.:2:07cr95-WHA |
| | ) | |
| JAMICA DELWAN LAWSON | ) | |

**ORDER ON MOTION**

On August 27, 2007 the court conducted an evidentiary hearing on the petition to revoke the defendant's bond (Doc. # 50). The Court reconvened on September 10, 2007, after further evidence was received, namely the results from the polygraph tests. Upon consideration of the allegations in the petition, the evidence received at the hearing, and the counsel's argument, it is

ORDERED that the petition is GRANTED and that the defendant's pretrial release be REVOKED pending his trial. Accordingly, it is ORDERED that the defendant be remanded to the United States Marshal pending his trial.

IT is further

ORDERED that the polygraph test results, admitted as Court's Exhibit 1 at the September 10, 2007 hearing, be placed under seal pending further order.

Done this 11th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE