# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| JAMICA DELWAN LAWSON, DEFENDANT. | 2:07-CR-95-WHA |

## MOTION TO CONTINUE

**COMES NOW** the defendant, Jamica Delwan Lawson by and through the undersigned counsel and moves this Honorable Court to continue his Trial by stating the following:

1. The Defendant's case is set for trial on the October 2, 2007 trial term.

2. The Defendant does not anticipate his case going to trial and needs additional time to complete the negotiations with the Government regarding his plea agreement. The Government's Agent is out of town and a debriefing cannot be scheduled until his return.

3. Counsel has spoken to Tommy Goggans, counsel for Terrance Caffey, co-defendant in said case and he has no objections to the continuance.

4. Counsel has spoken with the Government and there is no objection to the requested continuance.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will grant the foregoing and continue the Defendant's trial to the next Trial term.

**RESPECTFULLY SUBMITTED** this the 13th day of September, 2007.

/s/ Daniel G. Hamm
---

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Continue by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 13th day of September, 2007.

/s/ Daniel G. Hamm
--- 
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Christa D. Deegan
John T. Harmon
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197