# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> JAMICA DELWAN LAWSON, DEFENDANT. | CASE NUMBER <br><br> 2:07-CR-95-WHA-CSC |

## UNOPPOSED MOTION TO CONTINUE

**COMES NOW** the defendant, Jamica Delwan Lawson by and through the undersigned counsel and moves this Honorable Court to continue his Trial by stating the following:

1. Defendant's case is set for trial on the November 5, 2007 trial term.

2. The Government's Agent will be out the first two (2) weeks of November on military duty.

3. Counsel for the Defendant spoke with counsel for the Government and she does not oppose this motion.

4. Due to the recent change in the Government's counsel additional time will be needed to further negotiate the terms of the plea agreement and prepare for any additional proffers.

5. Counsel for the Defendant anticipates that this case will resolve itself by a plea agreement.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will grant the foregoing and continue the Defendant's trial to the next Trial term.

**RESPECTFULLY SUBMITTED** this the 19th day of October, 2007.

/s/ Daniel G. Hamm
―――――――――――――――――――
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Unopposed Motion to Continue by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 19th day of October, 2007.

/s/ Daniel G. Hamm
───────────────────────────
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Clark Morris
John T. Harmon
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197