# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JAMICA DELWAN LAWSON, DEFENDANT | CASE NUMBER<br><br>2:07-CR-0095-WHA-CSC |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW,** the defendant, Jamica Delwan Lawson, by and through the undersigned counsel and notifies this Honorable Court of his intent to change his plea from not guilty to guilty. Defendant waives his right to plea in front of a District Judge and consents to do so before a Magistrate Judge.

**RESPECTFULLY SUBMITTED** this the 27th day of November, 2007.

/s/ Daniel G. Hamm
―――――――――――――――――――
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX              334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Intent to Change Plea by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below.

**DONE** this the 27th day of November, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Clark Morris
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197