IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TERRENCE DEANDRE CAFFEY and )<br>JAMICA DELWAN LAWSON, aka )<br>Big Pop ) | CR. NO. 2:07-cr-95-WHA |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney Verne H. Speirs as counsel of record for the United States of America in this matter in place of Assistant United States Attorney A. Clark Morris.

Respectfully submitted this the 16th day of January, 2008.

                                                  LEURA G. CANARY
                                                UNITED STATES ATTORNEY

                                                /s/ Verne H. Speirs
                                                VERNE H. SPEIRS
                                                Assistant United States Attorney
                                                Post Office Box 197
                                                Montgomery, Alabama 36101-0197
                                                (334) 223-7280
                                                (334) 223-7138 fax
                                                verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TERRENCE DEANDRE CAFFEY and )<br>JAMICA DELWAN LAWSON, aka )<br>Big Pop ) | CR. NO. 2:07-cr-95-WHA |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas Goggans, Esquire, and Dan Hamm, Esquire.

Respectfully submitted,

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7138 fax
verne.speirs@usdoj.gov

-2-