# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> JAMICA DELWAN LAWSON, DEFENDANT. | CASE NUMBER <br><br> 2:07-CR-95-WHA |

## MOTION FOR TRANSCRIPT OF BOND REVOCATION HEARING

**COMES NOW** the defendant, Jamica Delwan Lawson, by and through his attorney of record and requests this Honorable Court provide at no cost to the Defendant a copy of the transcript of the Bond Revocation Hearing held on September 10, 2007.

In support thereof, counsel states as follows

1. The Defendant received the Presentence Report from the United States Probation Office on January 16, 2008 which showed a two (2) offense level increase being sought in the Defendant's sentence based on his alleged obstruction of justice. The Presentence investigation report also used the obstruction of justice as a means to prevent the Defendant from receiving his two (2) or three (3) level decrease for acceptance of responsibility.

2. Counsel filed his objections to said report and the Amended Presentence Report with Addendum was provided to Counsel on February 21, 2008 with the issues still unresolved as to the obstruction of justice issue. Said

objections raised by the Defendant were as to matters which the Defendant and the Government had a previous agreement that the possible obstruction and the resulting polygraph examination would not be used against the Defendant.

3. In addition to the above, the Defendant will need the requested transcript to prepare for and impeach witnesses that will be called during the sentencing hearing.

4. The Defendant has been declared indigent by this Court and is entitled to have this transcript provided at no cost so long as the requested item is necessary for his sentencing hearing.

5. Defendant's sentencing has been continued until March 20, 2008 at 10:00 a.m. and the immediate acquisition of the requested transcript may facilitate resolution of issues at this sentencing hearing.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendant moves this Honorable Court for an Order providing him with a copy of the transcript from the September 10, 2007 Bond Revocation Hearing at no cost to the Defendant.

**RESPECTFULLY SUBMITTED** this the 27th day of February, 2008.

/s/ Daniel G. Hamm
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion for Transcript of Bond Revocation Hearing by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below.

**DONE** this the 27th day of February, 2008.

        /s/ Daniel G. Hamm
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Clark A. Morris
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197