IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07cr95-WHA |
| | ) | |
| JAMICA DELWAN LAWSON | ) | |

**ORDER**

Now pending before the court is the defendant's motion for a transcript of the bond revocation hearing (doc. # 100) filed on February 27, 2008. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion for a transcript of the bond revocation hearing (doc. # 100) be and is hereby GRANTED.

Done this 4th day of March, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE