IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:07cr095-WHA-002 |
| JAMICA DELWAN LAWSON ) | |

## **ORDER**

Upon consideration of the Motion to Continue Sentencing Hearing (Doc. #108), filed by the Defendant on March 14, 2008, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from March 20, 2008, and RESET for Wednesday, April 16, 2008, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 18th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE