# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>JAMICA DELWAN LAWSON, DEFENDANT. | CASE NUMBER<br><br>2:07-CR-95-WHA-CSC |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the defendant, Jamica Delwan Lawson, by and through the undersigned counsel and moves this Honorable Court to continue his Sentencing Hearing currently set for April 16, 2008 by stating the following:

1. Defendant's sentencing is currently set for April 16, 2008 at 10:00 a.m.

2. Defendant's counsel has been informed that Counsel for the Government will be in Atlanta, Georgia before the 11th Circuit on the 16th of April and will not be available for the hearing.

3. Counsel for the Government has now agreed to help Defendant's Counsel locate an essential witness for the Sentencing Hearing.

4. Defendant's counsel is aware that this matter has been continued several times but feels that the appearance of this witness is necessary for the Defendant's sentencing hearing.

5. Counsel for the Government has no objection to the continuance.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will grant the foregoing and continue the Defendant's sentencing hearing.

**RESPECTFULLY SUBMITTED** this the 14th day of April, 2008.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Unopposed Motion to Continue Sentencing Hearing by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 14th day of April, 2008.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Clark Morris
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197