# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> JAMICA DELWAN LAWSON, DEFENDANT. | CASE NUMBER <br><br> 2:07-CR-95WHA |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned counsel in the above-styled matter and moves this Honorable Court for an Order allowing the withdrawal of the undersigned as counsel of record for the Defendant, by stating the following:

1. Counsel was appointed to represent the Defendant on or around August 7, 2007.

2. The Defendant was sentenced on May 28, 2008 and the case is now closed.

**WHEREFORE, THE PREMISES CONSIDERED**, the undersigned prays this Honorable will issue an Order withdrawing his representation of the Defendant in the above-styled matter.

**RESPECTFULLY SUBMITTED** this the 19th day of June, 2008.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this Motion to Withdraw with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Assistant United States Attorney, Post Office Box 197, Montgomery, Alabama 36101-0197.

**DONE** this the 19th day of June, 2008.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666