AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | | Judgment — Page ___2___ of ___6___ |
|---|---|---|

DEFENDANT:       JAMICA DELWAN LAWSON
CASE NUMBER:   2:07cr095-WHA-002

## IMPRISONMENT

2008 [illegible] 20 [illegible] 3: 48

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

## 70 months.

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where intensive drug treatment is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐   at _____ ☐ a.m.   ☐ p.m.   on _____ .

☐   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____ .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED

AUG 22

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ___08-13-08___ to ___FEDERAL PRISON CAMP___

at ___PENSACOLA FL___ , with a certified copy of this judgment.

Scott P. Fisher, WARDEN
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL